EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br> Víctor Rivera Meléndez | 2014 TSPR 72 <br><br> 191 DPR ____ |

Número del Caso: TS-12,650

Fecha: 10 de junio de 2014

Abogada del Peticionario:

       Por derecho propio

Materia: Reactivación como Abogado en el Registro Único de Abogados y Abogadas

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO


Ex Parte


Víctor Rivera Meléndez                    TS-12,650




RESOLUCIÓN


En San Juan, Puerto Rico, a 10 de junio de 2014.

Atendida la *Solicitud de Reactivación como Abogado en el Registro de Abogados y Abogadas del Tribunal Supremo* presentada por la parte peticionaria, se provee ha lugar.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.



Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo